**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2305**

WILLIAM G. THORNE,

Plaintiff – Appellant,

v.

KELLY HALE, Director; RAPPAHANNOCK AREA COMMUNITY SERVICES
BOARD; SHARON GILLIAN, Drug Court Director,

Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:08-cv-00601-JCC-TRJ)

Submitted:  March 16, 2010          Decided:  March 19, 2010

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William G. Thorne, Appellant Pro Se.  Alexander Francuzenko,
COOK, KITTS & FRANCUZENKO, PLLC, Fairfax, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William G. Thorne appeals the district court's order granting Defendants' summary judgment motion on his 42 U.S.C. § 1983 (2006) claims against them. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See Thorne v. Hale, No. 1:08-cv-00601-JCC-TRJ (E.D. Va. filed Oct. 29, 2009; entered Oct. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED